■ JOHN INGRAHAM, Appellant, v. C. WALTER ANDERSON et al., Doing Business as ANDERSON FISCHER ASSOCIATES, Defendants and Third-Party Plaintiffs-Respondents. SAMUEL GUTTMAN et al., Doing Business as GUTTMAN AND SONS, Third-Party Defendants-Respondents.— Decision of this court, handed down April 23, 1959 (8 A D 2d 668), dismissing the appeal by default, and any order which may have been entered thereon, are vacated and set aside and the appeal reinstated. Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before May 19, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY CARDONA, Appellant, against J. EDWIN LAVALLEE, as Warden of Clinton State Prison, Respondent.— Application to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of ALICE M. LEISER, Appellant, against SAKS FIFTH AVENUE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down April 23, 1959 (8 A D 2d 668), dismissing the appeal herein and any order in connection therewith are vacated and the appeal is reinstated. Motion to dismiss appeal adjourned, upon the stipulation of the parties, until the September 1959 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.